**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

**O R D E R**

This document relates to:

**ARNOLD STRAUSS v. BAYER CORPORATION, et al.**

Case No. 01-2383

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Defendant Bayer Corporation's Motion to Compel (Doc. No. 23). The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Defendant has moved to compel certain information from Plaintiff Arnold Strauss. There has been no opposition filed by Strauss, and the time to respond to the motion has expired. Accordingly, Defendant's motion is granted. Strauss must provide (1) complete name, address and contact information for his health care providers, in response to PFS § III.A; (2) name, address, contact information, and reasons for hospitalization for any hospitalization the plaintiff has had in ten years, in response to PFS § IV.E; (3) medical history information, in response to PFS §§ IV.F, IV.G, IV.H, and IV.L.a;

and (4) complete information on his Baycol use, including dates of use, dosage, prescribing physician, and dispensing pharmacy name and address, in accordance with PFS § V.A.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel (Doc. No. 23) is **GRANTED**.

Dated: May 6, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge