E-SERVED
09/07/05
02:36 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | : | |
| *Strauss, Arnold v. Bayer Corp., et al.* | : | Case No. 01-2383 |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL**

PLEASE TAKE NOTICE that Defendant Bayer Corporation moves the Honorable Jonathan Lebedoff, United States District Court, U.S. Courthouse, Suite 9E, 300 South 4th Street, Minneapolis, Minnesota, pursuant to PTOs 4, 10, 12, and 85, to compel Plaintiff Arnold Strauss to (1) produce a properly executed HIPAA Compliant Authorization for Release of Medical Records; (2) complete the Supplemental Fact Sheet to indicate whether Plaintiff is making a claim for emotional distress or psychological injuries and harm; (3) produce the name and contact information for each healthcare provider that Plaintiff has seen during the last ten years, in response to PFS § III.A; (4) complete § VI of the PFS regarding any physical injuries or illness; (5) produce the requested information regarding Plaintiff's use of Baycol including the dosage, and the names and addresses of the prescribing doctor and dispensing pharmacy, in response to PFS § V.A; (6) produce Plaintiff's federal tax returns for each of the last five years, in response to PFS § IX.5; (7) produce complete addresses for the doctors and pharmacy listed in response to PFS § VII; and (8) complete PFS §§ VI.B-E. This motion is supported by the attached Memorandum and documents.

E-SERVED
09/07/05
02:36 PM ET
Baycol MDL 1431

Dated: September 6, 2005

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation*

09/07/05
02:36 PM ET
Baycol MDL 143

CERTIFICATE OF SERVICE

I, Minerva Vasquez, certify that a true and correct copy of the foregoing Defendant's Motion to Compel, supporting memorandum, proposed order, and exhibits were electronically filed and serve to counsel of record via Verilaw on September 7, 2005.

/signature on file/
Minerva Vasquez