E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

# Exhibit 1

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:48 FAX CKT 003
May 16 02 05:39p ENCINITAS FORD 7608446487 P.9
MAY-16-02 14:28 FROM-Blumenthal & Markham +8585511232 T-084 P.008/025 F-418

# IN RE: BAYCOL LITIGATION
## MDL No. 1431

## PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

**I. Case Information**

**A. Please state the following for the civil action that you filed:**

1. Case caption: Baycol
2. Civil Action No: MDL 1431
3. Court in which action was originally filed: ____
4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

Norman Blumenthal, Dave Markham
Name
Blumenthal & Markham
Firm
2255 Calle Clara
Street Address
La Jolla, CA 92037
City, State and Zip Code
858-551-1223 ext 122 · Fax 858-551-1232
Telephone Number Fax Number
dmarkham@bamlawlj.com
E-mail address

**B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:**

1. Your name: N/A
2. Address: N/A

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

## PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

### I. Case Information

A. Please state the following for the civil action that you filed:

1. Case caption: STRAUSS v. BAYER CORPORATION
2. Civil Action No: GIC 772289
3. Court in which action was originally filed: SAN DIEGO SUPERIOR COURT
4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

Norman B. Blumenthal, BLUMENTHAL & MARKHAM
Name
BLUMENTHAL & MARKHAM
Firm
2255 CALLE CLARA
Street Address
LA JOLLA, CALIFORNIA 92037
City, State and Zip Code
(858)551-1223 / (858)551-1232
Telephone Number / Fax Number
kyle@bomlaw.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: N/A
2. Address:

AS000022as

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

3. In what capacity are you representing the person?__________

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:__________

5. Your relationship to deceased or represented person:__________

6. If you represent a decedent's estate, state the date of decedent's death:__________

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

## II. Personal Information

A. Name: ARNOLD STRAUSS

B. Have you ever used any other names and, if so, when: No

C. Current Address: 744 Corte Cristal, San Marcos, CA 92069

D. How long have you been living at this address?__________

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can.__________

F. Social Security Number: 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

G. Date and place of birth: June 26, 1929

H. Sex: Male X Female____

I. Marital Status: Married

J. If applicable, name of current spouse and date of marriage:__________

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years:________________________________________

L. Name(s) of children and date(s) of birth, if applicable:____________________

M. Current employer:

Name: Encinitas Ford
Address: 1424 Encinitas Blvd., Encinitas, CA 92024
Job Duties: Car Sales
Job Title: Salesman
Dates Employed: July 5, 199 to the present
Full-time or Part-time: full-time
Name of Supervisor: Robert Delaney

Are you making a claim for lost wages or lost earning capacity? _x_ Yes ____ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Weseloh Chevrolet
Address: 5335 Paseo Del Norte
Job Duties: Car Sales
Job Title: Salesman
Dates Employed: 1990-1997
Full-time or Part-time: full-time
Reason for Leaving: To Attend USD
Name of Supervisor: Mike Weseloh

2. Name:__________
Address:__________
Job Duties:__________
Job Title:__________
Dates Employed:__________
Full-time or Part-time:__________
Reason for Leaving:__________
Name of Supervisor:__________

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:49 FAX CKT 004
May 15 02 05:41p ENCINITAS FORD 7608445487 p.10
MAY-15-02 14:27 FROM-Blumenthal & Markham +8505511232 T-984 P.011/025 F-416

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years: N/A

L. Name(s) of children and date(s) of birth, if applicable: N/A

M. Current employer:

Name: Encinitas Ford
Address: 1424 Encinitas Bl Encinitas CA 92024
Job Duties: Car Sales
Job Title: Salesman
Dates Employed: July 5, 1999
Full-time or Part-time: Full time
Name of Supervisor: Robert Delaney

Are you making a claim for lost wages or lost earning capacity? ✓ Yes ____ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Weseloh Chevrolet Paseo del Norte
Address: 1933 ~~Encinitas Road~~ Carlsbad CA 92009
Job Duties: Sales
Job Title: Salesman
Dates Employed: 1990-1997
Full-time or Part-time: Full
Reason for Leaving: To attend USD
Name of Supervisor: Mike Weseloh

2. Name: N/A
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Reason for Leaving:
Name of Supervisor:

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:49 FAX CKT 7609445487 005
May 15 02 05:42p ENCINITAS FORD P.11
MAY-15-02 14:27 FROM-Blumenthal & Markham +8588511232 T-984 P.012/025 F-418

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

O. Please provide the following information about your education:

1. **High School**

Name: Pt. Loma H.S
Address: Chatsworth Bl San Diego 92106
Grade completed: 12
Year graduated: 1949

2. Did you attend school beyond high school? ___ (Yes) ___ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| San Diego State | San Diego CA | 1949-1954 | BS. | LG.Sci |
| | | | | Teaching Cred. |

P. Have you used a computer at any time during the past five (5) years?
__✓__ Yes ____ No

If "yes," please complete the following:

1. Did you have e-mail? __✓__ Yes ____ No
2. Did you have internet access? __✓__ Yes ____ No
3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

____ Yes __✓__ No ____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

____ Yes __✓__ No ____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

____ Yes __✓__ No ____ I don't know

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:49 FAX CKT 006
May 15 02 05:42p ENCINITAS FORD 7609445497 p.1
MAY-15-02 14:27 FROM-Blumenthal & Markham +6586511232 T-884 P.013/028 F-418

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

✓ Yes ____ No

If "yes, please complete the following:

| Name of Company | Address |
|---|---|
| Secure Horizons | Los Angeles |
| | |
| | |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

____ Yes ✓ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application: N/A
2. Type of benefits: N/A
3. Amount awarded: N/A
4. Basis of your claim: N/A
5. If denied, reason for denial: N/A
6. To what agency or company you submitted your application (e.g., Pennsylvania Division of Social Security): N/A

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

____ Yes ✓ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened. N/A

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

____ Yes ____ No ✓ unknown

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg 7
05/28/2002 12:49 FAX CKT 7609445487 007
May 15 02 05:43p ENCINITAS FORD P.13
+8665511232 T-984 P.014/025 F-418
MAY-15-02 14:27 FROM-Blumenthal & Markham

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.

UNKNOWN

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name: UNKNOWN - information is not readily
Specialty, if any: available at this time.
Address:
Phone:
Reason(s) for visit(s):

Medications prescribed or recommended:

2. Name:
Specialty, if any:
Address:
Phone:
Reason(s) for visit(s):

Medications prescribed or recommended:

3. Name:
Specialty, if any:
Address:
Phone:
Reason(s) for visit(s):

Medications prescribed or recommended:

4. Name:
Specialty, if any:
Address:
Phone:
Reason(s) for visit(s):

Medications prescribed or recommended:

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:50 FAX CKT 008
May 15 02 05:43p ENCINITAS FORD 7609445487 p.1
MAY-15-02 14:27 FROM-Blumenthal & Markham +8585811232 T-804 P.015/025 F-415

5. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
Medications prescribed or recommended:__________

6. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
Medications prescribed or recommended:__________

7. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
Medications prescribed or recommended:__________

[ATTACH ADDITIONAL PAGES, IF NECESSARY]

IV. Your Medical Background

A. Height: 5' 10

B. Current Weight: 175

C. Your Smoking History

1. Never smoked cigarettes ✓

2. Past smoker of cigarettes __________
Date on which smoking ceased __________
Amount smoked: _____ packs per day for _____ years

3. Current smoker of cigarettes __________
Amount smoked: _____ packs per day for _____ years

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * P
05/28/2002 12:50 FAX CKT 009
May 15 02 05:44p ENCINITAS FORD 7609445487 P.1
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-984 P.018/025 F-418

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

____ Yes  √ No  ____ I don't know

If "yes," please identify:

a. What form: n/a
b. Dates of use:
c. Amount of use:

D. Alcohol Consumption

On average, how much alcohol do you drink?

√ None
____ 1-5 drinks per week
____ 6-10 drinks per week
____ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital: unknown at this time.
Address:
Phone:
Reason(s) for hospitalization(s):

2. Name of hospital:
Address:
Phone:
Reason(s) for hospitalization(s):

3. Name of hospital:
Address:
Phone:
Reason(s) for hospitalization(s):

[ATTACH ADDITIONAL PAGES, IF NECESSARY]

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed 0PE3CF37E9937C0 on May 28 12:58PM 2002
05/28/2002 12:50 FAX CKT 010
May 15 02 05:44p ENCINITAS FORD 7609445487 p
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-984 P.017/025 F-416

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation: unknown at this time.
   Name of surgeon:
   Address of surgeon:
   Reason for surgery:

2. Name of operation:
   Name of surgeon:
   Address of surgeon:
   Reason for surgery:

3. Name of operation:
   Name of surgeon:
   Address of surgeon:
   Reason for surgery:

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: unknown at this time
Address:
Date:
Diagnosis:
Treatment:
Medications:
Did condition resolve?
Current status of condition:

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: unknown at this time
Address:
Date:
Diagnosis:
Treatment:
Medications:
Did condition resolve?

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * P
05/28/2002 12:50 FAX CKT 011
May 15 02 05:45p ENCINITAS FORD
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-004 P.018/025 F-416

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

| Condition | Yes | No | I don't know |
|---|---|---|---|
| Myocardial infarction/ heart attack | | ✓ | |
| Abnormal heart rhythm | | ✓ | |
| Congestive heart failure | | ✓ | |
| Angina | | ✓ | |
| Thyroid disorder | | ✓ | |
| Autoimmune disease | | ✓ | |

If you responded "yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing:________
Testing doctor:________
Treatment:________

b. Type of condition and date of testing:________
Testing doctor:________
Treatment:________

c. Type of condition and date of testing:________
Testing doctor:________
Treatment:________

L. Have you ever been diagnosed as having:

| Condition | Yes | No | I don't know |
|---|---|---|---|
| High cholesterol | ✓ | | |
| Elevated triglycerides | | | ✓ |
| Hypertension/high blood pressure | | ✓ | |
| Obesity | | ✓ | |
| Diabetes | | ✓ | |
| Thyroid disorder | | ✓ | |
| Autoimmune disease | | ✓ | |
| Abnormal heart rhythm | | ✓ | |
| Congestive heart failure | | ✓ | |
| Angina | | ✓ | |
| Myocardial infarction | | ✓ | |
| Atherosclerosis | | ✓ | |

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * P
05/28/2002 12:51 FAX CKT 012
May 15 02 05:45p ENCINITAS FORD 7605445487 p.
MAY-15-02 14:20 FROM-Blumenthal & Markham +8585511232 T-984 P.020/025 F-418
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

a. Condition and date of diagnosis: unknown at this time looking
Name of diagnosing doctor: for records
Treatment:

b. Condition and date of diagnosis:
Diagnosing doctor:
Treatment:

c. Condition and date of diagnosis:
Diagnosing doctor:
Treatment:

V. **Baycol**

A. Have you ever taken Baycol? ✓ Yes ___ No

If "yes," then complete the following: Checking for Records at this time

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Were you given any written instructions, warnings or other information regarding your use of Baycol?

___ Yes ✓ No ___ I don't know

1. If "yes," when did you receive the information? N/A

2. Who gave you the information? N/A

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability.

C. Were you ever given any oral instructions, warnings or other information regarding your use of Baycol?

___ Yes ✓ No ___ I don't know

1. If "yes," when did you receive them?

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431
Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg 013
05/28/2002 12:51 FAX CKT
May 15 02 05:45p ENCINITAS FORD 7609445487
MAY-15-02 14:29 FROM-Blumenthal & Markham +8585511232 T-984 P.021/025 F-418

2. Who gave them to you?______

3. Please describe the oral instructions you received to the best of your ability.______

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VI. **Physical Injuries, Illness and Damages**

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness:______

2. The date that you first became aware of the physical injuries or illness:______

3. How you first became aware of the physical injuries or illness: ______

4. Whether those injuries or illnesses are continuing:______

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

_____ Yes _____ No _____ I don't know

If "yes," please complete the following for each healthcare provider:

a. Name:______
b. Address:______



AS000011as

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:51 FAX CKT 7609445487 014
May 15 02 05:48p ENCINITAS FORD
MAY-15-02 14:29 FROM-Blumenthal & Markham +8586511232 T-984 P.022/025 F-415

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

c. Date of first consultation with that healthcare provider: __________
d. Date of last consultation: __________
e. Do you plan to continue to consult with that healthcare provider? ____ Yes ____ No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

____ Yes ____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. __________

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what: __________
2. Amount of fees or expenses: __________
3. Person or company paid or to be paid: __________

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. __________
2. __________
3. __________
4. __________
5. __________

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:51 FAX CKT 015
May 15 02 05:47p ENCINITAS FORD 7609445487 p.22
MAY-15-02 14:29 FROM-Blumenthal & Markham +6505511232 T-884 P.023/025 F-416

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| CHOLESTEROL-LOWERING DRUGS | | | | | |
| Lescol [Fluvastatin] | | ✓ | | | |
| Lipitor [Atorvastatin] | ✓ | | | DR REINALDO | SAV-ON CARLSBAD |
| Mevacor [Lovastatin] | | | | | |
| Pravachol [Pravastatin] | ✓ | | | DR. LUPREGAM | |
| Zocor [Simvastatin] | | ✓ | | | |
| Niacin [Vitamin B3] | | ✓ | | | |
| LoCholest [Cholestyramine] | | ✓ | | | |
| Questran [Cholestyramine] | | ✓ | | | |
| Prevalite [Cholestyramine] | | ✓ | | | |
| TRIGLYCERIDE-LOWERING DRUGS | | | | | |
| Lopid [Gemfibrozil] | | ✓ | | | |
| Tricor [Fenofibrate] | | ✓ | | | |
| Bezafibrate | | ✓ | | | |
| Ciprofibrate | | ✓ | | | |
| ANTI-INFECTIVE DRUGS | | | | | |
| Diflucan [Fluconazole] | | ✓ | | | |
| Erythrocin & Others [Erythromycin] | | ✓ | | | |
| Flagyl [Metronidazole] | | ✓ | | | |
| Nizoral [Ketoconazole] | | ✓ | | | |
| Sporanox [Itraconazole] | | ✓ | | | |
| IMMUNO-SUPPRESSIVE DRUGS | | | | | |
| Neoral [Cyclosporine] | | ✓ | | | |
| Sandimmune [Cyclosporine] | | | | | |
| OTHER | | | | | |
| Anticoagulants | | ✓ | | | |
| Heart Drugs | | ✓ | | | |
| Thyroid Medications | | ✓ | | | |
| Other | | | | | |



AS000013as

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:51 FAX CKT 7609445487 016
May 15 02 05:47p ENCINITAS FORD p.22
MAY-15-02 14:29 FROM-Blumenthal & Markham +8588611232 T-084 P.024/025 F-418

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

## VIII. Family History

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes __✓__ No _____ I don't know

B. If "yes," please complete the following:

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

Relative's name: ____________________
Relationship to you: ____________________
Type of health problem: ____________________
Date and cause of death, if applicable: ____________________

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol.

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:52 FAX CKT 017
May 15 02 03:47p ENCINITAS FORD 7608445487 p.2
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-894 P.026/025 F-415

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

5.15.02 [signature]

Dated Signature



AS000015as

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * Pg
05/28/2002 12:52 FAX CKT 018
May 15 02 05:39p ENCINITAS FORD 7609445487 p.4
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-084 P.007/028 F-416

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

## AUTHORIZATION FOR RELEASE OF WORKERS' COMPENSATION AND SOCIAL SECURITY RECORDS

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of any and all workers' compensation and social security records of any sort, including but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts or other documents, concerning

______________________________
Name of Claimant

whose date of birth is 6/22/24 and whose social security number is 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.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

______________________________
Name of Representative

______________________________
Representative Capacity (e.g., attorney, records requester, agent, etc.)

______________________________
Street Address

______________________________
City, State and Zip Code

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 *
05/28/2002 12:52 FAX CKT 019
May 15 02 05:39p ENCINITAS FORD 7609445487 p.
MAY-15-02 14:26 FROM-Blumenthal & Markham +8588811232 T-684 P.006/026 F-418

Street Address

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through an original had been presented to you.

Date: 5.15.02 ____________ [signature] Patient or Guardian Signature

Date: ____________ Witness Signature

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

____________

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed 0PE3CF37E9937C0 on May 28 12:58PM 2002 *
05/28/2002 12:52 FAX CKT 020
May 15 02 05:40p ENCINITAS FORD 7609445487 p.
MAY-15-02 14:28 FROM-Blumenthal & Markham +8585511232 T-884 P.005/025 F-416
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
(No Psychological Injury is Claimed)

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of all medical records, including, but not limited to, medical reports, blood tests, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, disability records, medical bills, and other documents in your possession, except for records for treatment of psychological, psychiatric or emotional problems, concerning ______________________________
Name of Patient

whose date of birth is ____________________ and whose social security number is

____________________.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

______________________________
Name of Representative

______________________________
Representative Capacity (e.g., attorney, records requestor, agent, etc.)

AS000018as

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 *
05/28/2002 12:53 FAX CKT 021
May 15 02 05:40p ENCINITAS FORD 7609445467 P.
MAY-15-02 14:25 FROM-Blumenthal & Markham +8585511232 T-084 P.004/025 F-416

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.



AS000019as

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 *
05/28/2002 12:53 FAX CKT 022
May 15 02 05:40p ENCINITAS FORD 7608445487 p.
MAY-15-02 14:25 FROM-Blumenthal & Markham +8585511232 T-884 P.008/025 F-416

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

Name of Representative

Representative Capacity (e.g., attorney, records requester, agent, etc.)

Street Address

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through as original had been presented to you.

Date: 5.15.02 [signature]
Employee or Guardian Signature

Date: ______________ ______________
Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved.

Received May 28 12:50PM (05:36) on S&A line [2] for 'SAWEBER' WORKSRV3 printed OPE3CF37E9937C0 on May 28 12:58PM 2002 * P
05/28/2002 12:53 FAX CKT 023
May 15 02 05:41p ENCINITAS FORD 7609445487 p.
MAY-15-02 14:25 FROM-Blumenthal & Markham +8588811282 T-084 P.002 F-416

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND UNEMPLOYMENT RECORDS
(Psychological Injury is Claimed)

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of all applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, workers' compensation files; all hospital, physician, clinic, infirmary, psychiatric, nurse and dental records, x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf, and any other records relating to my employment with the above-named institution, including records for treatment of psychological, psychiatric or emotional problems, concerning

______________________________
Name of Employee

whose date of birth is ______________________ and whose social security number is ______________________.

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002 *
OCT-31-02 15:07 FROM-Blumenthal & Markham +8585511232 T-741 P.002/008 F-824
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

AUTHORIZATION FOR RELEASE OF
WORKERS' COMPENSATION AND SOCIAL SECURITY RECORDS

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of any and all workers' compensation and social security records of any sort, including but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts or other documents, concerning

______________________________
Name of Claimant

whose date of birth is ______________ and whose social security number is ______________

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

______________________________
Name of Representative

______________________________
Representative Capacity (e.g., attorney, records requester, agent, etc.)

______________________________
Street Address

______________________________
City, State and Zip Code

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed 0PE3DC163F503FA on Oct 31 05:21PM 2002 * P
OCT-31-02 15:07 FROM-Blumenthal & Markham +8586511232 T-741 P.003/008 F-824
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through as original had been presented to you.

Date: 10/31/2002 ____________________
Claimant or Guardian Signature

Date: Oct 31, 2002 ____________________
Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

____________________

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002 *
OCT-31-02 15:08 FROM-Blumenthal & Markham +8588511232 T-741 P.004/008 F-824
E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
(Psychological Injury is Claimed)

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of all medical records, including, but not limited to, medical reports, blood tests, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, disability records, medical bills, and other documents in your possession, including records for treatment of psychological, psychiatric or emotional problems, concerning

______________________________
Name of Patient

whose date of birth is ____________________ and whose social security number is ____________________.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

______________________________
Name of Representative

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002 *
OCT-31-02 15:08 FROM-Blumenthal & Markham +8585511232 T-741 P.006/008 F-824

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

Representative Capacity (e.g., attorney, records requester, agent, etc.)

Street Address

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through as original had been presented to you.

Date: 10/31/2002 Patient or Guardian Signature

Date: Oct. 31, 2002 Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002 *
OCT-31-02 15:08 FROM-Blumenthal & Markham +8585511232 T-741 P.006/008 F-824
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS LITIGATION : MDL Docket No. 1431

AUTHORIZATION FOR RELEASE OF EMPLOYMENT
AND UNEMPLOYMENT RECORDS
(Psychological Injury is Claimed)

To: ______________________________
Name

______________________________
Address

______________________________
City, State and Zip Code

This will authorize you to furnish copies of all applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, workers' compensation files; all hospital, physician, clinic, infirmary, psychiatric, nurse and dental records, x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf, and any other records relating to my employment with the above-named institution, including records for treatment of psychological, psychiatric or emotional problems, concerning

______________________________
Name of Employee

whose date of birth is ______________ and whose social security number is

______________.

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002
OCT-31-02 15:08 FROM-Blumenthal & Markham +8585511232 T-741 P.007/008 F-824
E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter, who have agreed to pay reasonable charges made by you to supply copies of such records.

Name of Representative

Representative Capacity (e.g., attorney, records requester, agent, etc.)

Street Address

City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requester named above has executed the acknowledgement at the bottom of this authorization

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof. It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as through as original had been presented to you.

Date: 10/31/2002 Employee or Guardian Signature

Date: Oct 31, 2002 Witness Signature

ACKNOWLEDGEMENT

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact sheet; or, if the authorization is addressed to a third party not listed in Plaintiff Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved.

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

Received Oct 31 05:07PM (02:00) on S&A line [4] for 'JMIZGALA' WORKSRV3 printed OPE3DC163F503FA on Oct 31 05:21PM 2002 *
OCT-31-02 15:08 FROM-Blumenthal & Markham +8585511232 T-741 P.008/008 F-824

The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

# Exhibit 2

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

June 27, 2005

**By Facsimile and U.S. Mail**

Norman B. Blumenthal, Esq.
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Re: *Arnold Strauss v. Bayer Corp., et al.*, MDL No. 01-2383
Plaintiff's Fact Sheet and Authorizations of *Arnold Strauss*

Dear Mr. Blumenthal:

This letter serves to remind you that the Plaintiff's Fact Sheet ("PFS") and authorizations of **Arnold Strauss** remain deficient. Defendants request that plaintiff provide the following materials immediately so that we may collect Mr. Strauss' records.

First, pursuant to PTO 85, defendants request that plaintiff provide a properly executed **HIPAA Compliant Medical Authorization** (attached for your convenience).[1] As the authorization may be used to obtain records from multiple sources, proper execution requires that it only be signed and dated by the plaintiff and a witness on the third page. The remainder of the authorization should be left blank.

Second, plaintiff did not provide a **Supplemental Fact Sheet** ("SFS") outlining any claim for psychological or emotional injury. Defendants request that plaintiff complete the attached SFS.

Third, plaintiff did not provide *any* names or addresses of **health care providers**. Defendants request that plaintiff provide the information requested in PFS § III.A.

[1] Additional authorizations can be found on the MDL-1431 website at www.mnd.uscourts.gov/Baycol_Mdl/index.htm.

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431



Fourth, plaintiff did not provide *any* information regarding his alleged use of Baycol. Defendants request that plaintiff provide the information requested in **PFS § V.A.**

Fifth, plaintiff did not list any claim for **physical injury or illness** from the use of Baycol. If plaintiff is making a claim for physical injury or illness, he must provide the information requested in PFS § VI.A.

Sixth, please provide a complete mailing address for plaintiff's listed medical insurance provider, **Secure Horizons** (*see* PFS § II.Q).

Seventh, in PFS § II.M, plaintiff indicates a claim for lost wages or lost earning capacity. PFS § IX.5 states that a claim of lost wages or lost earning capacity necessitates production of plaintiff's **federal tax returns** for each of the last five (5) years. Therefore, we request that plaintiff provide his complete tax returns for that time.

Eighth, please provide **complete addresses** for the doctors and pharmacy listed in PFS § VII.

Finally, please provide responses to **PFS § VI.B-E.**

Thank you for your prompt attention and cooperation. Please provide the requested information and authorization **within thirty (30) days.**

Very truly yours,

James W. Mizgala

Enclosures

cc: Fred Magaziner
Deanna Dailey

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

August 3, 2005

**By Facsimile and U.S. Mail**

Norman B. Blumenthal, Esq.
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Re: *Arnold Strauss v. Bayer Corp., et al.*, MDL No. 01-2383
Plaintiff's Fact Sheet and Authorizations of *Arnold Strauss*

Dear Mr. Blumenthal:

On June 27, 2005, we sent a letter of notification that the Plaintiff's Fact Sheet ("PFS") and authorizations of **Arnold Strauss** were deficient. To date, we have not received a response to our letter. Please provide the requested information and authorizations immediately so that we may collect plaintiff's records.

First, pursuant to PTO 85, defendants request that plaintiff provide a properly executed **HIPAA Compliant Medical Authorization.**[1] As the authorization may be used to obtain records from multiple sources, proper execution requires that it only be signed and dated by the plaintiff and a witness on the third page. The remainder of the authorization should be left blank.

Second, plaintiff did not provide a **Supplemental Fact Sheet** ("SFS") outlining any claim for psychological or emotional injury. Defendants request that plaintiff submit a properly completed SFS.

Third, plaintiff did not provide *any* names or addresses of **health care providers.** Defendants request that plaintiff provide the information requested in PFS § III.A.

1 Additional authorizations can be found on the MDL-1431 website at www.mnd.uscourts.gov/Baycol_Mdl/index.htm.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431



Fourth, plaintiff did not provide *any* information regarding his alleged use of Baycol. Defendants request that plaintiff provide the information requested in **PFS § V.A.**

Fifth, plaintiff did not list any claim for **physical injury or illness** from the use of Baycol. If plaintiff is making a claim for physical injury or illness, he must provide the information requested in PFS § VI.A.

Sixth, please provide a complete mailing address for plaintiff's listed medical insurance provider, **Secure Horizons** (*see* PFS § II.Q).

Seventh, in PFS § II.M, plaintiff indicates a claim for lost wages or lost earning capacity. PFS § IX.5 states that a claim of lost wages or lost earning capacity necessitates production of plaintiff's **federal tax returns** for each of the last five (5) years. Therefore, we request that plaintiff provide his complete tax returns for that time.

Eighth, please provide **complete addresses** for the doctors and pharmacy listed in PFS § VII.

Finally, please provide responses to **PFS § VI.B-E.**

Thank you for your prompt attention and cooperation. Please provide the requested authorization and information **within ten (10) business days** or we will petition the Court for the appropriate relief.

Very truly yours,

James W. Mizgala

cc: Fred Magaziner
Deanna Dailey

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

August 16, 2005

**By Facsimile and U.S. Mail**

Norman B. Blumenthal, Esq.
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Re: *Arnold Strauss v. Bayer Corp., et al.*, MDL No. 01-2383
Plaintiff's Fact Sheet and Authorizations of *Arnold Strauss*

Dear Mr. Blumenthal:

On August 3 and June 27, 2005, we sent letters of notification that the Plaintiff's Fact Sheet ("PFS") and authorizations of **Arnold Strauss** were deficient. To date, we have not received a response to our letters. Please provide the requested information and authorizations immediately so that we may collect plaintiff's records.

First, pursuant to PTO 85, defendants request that plaintiff provide a properly executed **HIPAA Compliant Medical Authorization.**[1] As the authorization may be used to obtain records from multiple sources, proper execution requires that it only be signed and dated by the plaintiff and a witness on the third page. The remainder of the authorization should be left blank.

Second, plaintiff did not provide a **Supplemental Fact Sheet** ("SFS") indicating any claim for psychological or emotional injury. Defendants request that plaintiff submit a properly completed SFS.

Third, plaintiff did not provide *any* names or addresses of **health care providers**. Defendants request that plaintiff provide the information requested in PFS § III.A.

1 Additional authorizations can be found on the MDL-1431 website at www.mnd.uscourts.gov/Baycol_Mdl/index.htm.

E-SERVED 09/07/05 02:35 PM ET Baycol MDL 1431



Fourth, plaintiff did not provide *any* information regarding his alleged use of Baycol. Defendants request that plaintiff provide the information requested in **PFS § V.A.**

Fifth, plaintiff did not list any claim for **physical injury or illness** from the use of Baycol. If plaintiff is making a claim for physical injury or illness, he must provide the information requested in PFS § VI.A.

Sixth, please provide a complete mailing address for plaintiff's listed medical insurance provider, **Secure Horizons** (*see* PFS § II.Q).

Seventh, in PFS § II.M, plaintiff indicates a claim for lost wages or lost earning capacity. PFS § IX.5 states that a claim of lost wages or lost earning capacity necessitates production of plaintiff's **federal tax returns** for each of the last five (5) years. Therefore, we request that plaintiff provide his complete tax returns for that time.

Eighth, please provide **complete addresses** for the doctors and pharmacy listed in PFS § VII.

Finally, please provide responses to **PFS § VI.B-E.**

Thank you for your prompt attention and cooperation. Please provide the requested authorization and information **within five (5) business days** or we will move to compel.

Very truly yours,

James W. Mizgala

cc: Fred Magaziner
Deanna Dailey

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

# Exhibit 3

E-SERVED
09/07/05
02:35 PM ET
Baycol MDL 1431

FACSIMILE
AREA CODE 858
551-1232
WRITERS E-MAIL:

BLUMENTHAL & MARKHAM
A PARTNERSHIP OF PROFESSIONAL LAW CORPORATIONS
2255 CALLE CLARA
LA JOLLA, CALIFORNIA 92037
GENERAL E-MAIL: bam@bamlawlj.com
Web Site: bamlawca.com

TELEPHONES
(858) 551-1223

Kyle@bamlawlj.com

WRITERS EXT: 127

August 24, 2005
ca262.001

**BY FACSIMILE (312) 853-7036 & U.S. MAIL**

James Mizgala
Sidley Austin Brown & Wood
10 S. Dearborn Street
Chicago, IL 60603

Re: *Arnold Strauss v. Bayer Corp.* Baycol MDL #01-2383

Dear Mr. Mizgala:

I have reviewed our files and could not locate the requested portions of the Plaintiff Fact Sheet. I have sent these portions to the client, along with new authorizations. I will provide everything to you in the ordinary course.

I appreciate your patience while I get you all of the information you requested. Your courtesy and cooperation is appreciated.

Very truly yours,

Kyle Nordrehaug