UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | : | |
| *Strauss, Arnold v. Bayer Corp., et al.* | : | Case No. 01-2383 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

THIS MATTER having come before the Court on Defendant's Motion to Compel; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that Plaintiff Arnold Strauss (1) produce a properly executed HIPAA Compliant Authorization for Release of Medical Records; (2) complete the Supplemental Fact Sheet to indicate whether Plaintiff is making a claim for emotional distress or psychological injuries and harm; (3) produce the name and contact information for each healthcare provider that Plaintiff has seen during the last ten years, in response to PFS § III.A; (4) complete § VI of the PFS regarding any physical injuries or illness; (5) produce the requested information regarding Plaintiff's use of Baycol including the dosage, and the names and addresses of the prescribing doctor and dispensing pharmacy, in response to PFS § V.A; (6) produce Plaintiff's federal tax returns for each of the last five years, in response to PFS § IX.5; (7) produce complete addresses for the doctors and pharmacy listed in response to PFS § VII; and (8)

SCANNED
OCT 13 2005
U.S. DISTRICT COURT MPLS

complete PFS §§ VI.B-E. If Plaintiff fails to comply within 10 days of the date of this Order, his case will be recommended for dismissal with prejudice.

DATED: OCT 1 3 2005

Michael J. Davis