UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *Arnold Strauss v. Bayer Corp.* | : | Case No. 01-2383 |

MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION FOR DISCOVERY SANCTIONS

BACKGROUND

On September 7, 2005, Defendant moved to compel certain documentation to cure deficiencies in the Plaintiff's Fact Sheet ("PFS") and Authorizations of Plaintiff Arnold Strauss. There was no opposition from Plaintiff, and Judge Davis granted Defendant's motion by Order dated October 13, 2005 (attached as Exh. 1).

Plaintiff was ordered to (1) produce a properly executed HIPAA Compliant Authorization for Release of Medical Records; (2) complete the Supplemental Fact Sheet to indicate whether Plaintiff is making a claim for emotional distress or psychological injuries and harm; (3) produce the name and contact information for each healthcare provider that Plaintiff has seen during the last ten years, in response to PFS § III.A; (4) complete § VI of the PFS regarding any physical injuries or illness; (5) produce the requested information regarding Plaintiff's use of Baycol including the dosage, and the names and addresses of the prescribing doctor and dispensing pharmacy, in response to PFS § V.A; (6) produce Plaintiff's federal tax returns for each of the

last five years, in response to PFS § IX.5; (7) produce complete addresses for the doctors and pharmacy listed in response to PFS § VII; and (8) complete PFS §§ VI.B-E. *See* Exh. 1. Judge Davis warned that if Plaintiff fails to comply within 10 days of the Order, his claims "will be recommended for dismissal with prejudice." *Id.* To date, Plaintiff has failed to comply with Judge Davis' Order. Defendant therefore moves for discovery sanctions under Federal Rule of Civil Procedure 37(b)(2)(C).

## ARGUMENT

Fed. R. Civ. P. 37 offers the court broad discretion to impose sanctions for failure to comply with discovery orders, including the sanction of dismissal. Rule 37(b)(2)(C) provides, in pertinent part:

> If a party . . . fails to obey an order to provide or permit discovery, including an order made under subdivision (a) of this rule . . . the court in which the action is pending may make such orders in regard to the failure as are just, [including an order] dismissing the action or proceeding or any part thereof . . . .

Defendant asks the Court to dismiss this Plaintiff's claims because there has been an Order compelling discovery; Plaintiff has willfully violated that Order; and Defendant has been prejudiced by Plaintiff's failure to provide the discovery. *See Keefer v. Provident Life & Accident Ins. Co.*, 238 F.3d 937, 940 (8th Cir. 2000).

Under similar circumstances, this Court has granted Defendant's motion for discovery sanctions citing the above reasons in conjunction with Plaintiff's lack of opposition to the motion and Defendant's meritorious position. *See*, *e.g.*, Order, *Multop, et al. v. Bayer Corp.,* No. 04-0855 (D. Minn.

October 13, 2005). With respect to Plaintiff Strauss, Defendant's case is severely prejudiced without the required authorization and information because Defendant is prevented from assessing a wide range of issues related to Plaintiff's claims, such as determining when, if ever, Baycol was sold to Plaintiff, the dosage at which it was prescribed and used, the nature, extent, and potential causes of Plaintiff's alleged injuries, and the extent of Plaintiff's damages.

## CONCLUSION

For the foregoing reasons, Defendant Bayer Corporation respectfully requests that the Court dismiss with prejudice the claims of Plaintiff Arnold Strauss due to Plaintiff's failure to comply with the Court's Order dated October 13, 2005.

Dated: October 31, 2005

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation*