UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAYCOL PRODUCTS LIABILITY LITIGATION | MDL No. 1431 |
| This Document Relates to: | Case No. 01-2383 |
| *Arnold Strauss v. Bayer* | |

STIPULATION REGARDING CLAIM BY PLAINTIFF ARNOLD STRAUSS

WHEREAS, the Plaintiff Arnold Strauss has previously indicated that he is claiming lost wages and/or a loss of earning capacity;

WHEREAS, the Order of the Court dated October 13, 2005 requires Plaintiff to produce certain documents in the event Plaintiff Strauss is making claim for lost wages and/or a loss of earning capacity;

WHEREAS, under the present circumstances of his case, Plaintiff Arnold Strauss is not claiming lost wages and/or a loss of earning capacity;

IT IS HEREBY STIPULATED by and between Plaintiff Strauss and Defendant Bayer Corp., through their respective counsel of record, as follows:

1. Plaintiff Arnold Strauss is not making claim in this case for lost wages and/or a loss of earning capacity; and,



SCANNED
NOV 16 2005
U.S. DISTRICT COURT MPLS

2. Based upon the foregoing stipulation, Plaintiff Arnold Strauss is no longer required to product federal tax returns for each of the last five years in response to the Plaintiff Fact Sheet, § IX.5.

**IT IS SO STIPULATED.**

Dated: November 15, 2005

SIDLEY AUSTIN BROWN & WOOD

By: ______________________
JAMES MIZGALA
ATTORNEY FOR DEFENDANT BAYER CORP.

Dated: November 10, 2005

BLUMENTHAL & MARKHAM

By: ______________________
KYLE R. NORDREHAUG
ATTORNEY FOR PLAINTIFF STRAUSS

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the claim of Plaintiff Arnold Strauss for lost wages and/or loss of earning capacity *only* is dismissed with prejudice.

DATED: Nov 15, 05

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Strauss*, No. 01-2383